In the Matter of INTERNATIONAL RAILWAY COMPANY et al., Appellants, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent.

(Argued May 25, 1933; decided June 13, 1933.)

*Edward E. Franchot* for International Railway Company, appellant.

*James S. Flanagan* for Lawrence H. Schultz et al., as receivers of Western New York Motor Lines, Inc., appellants.

*Paul Folger, Harry Myron Chamberlain* and *Charles G. Blakeslee* for Public Service Commission, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.